The People of the State of New York, Respondent, v. Jacob Golden, Appellant.— Motion to dismiss appeal granted.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Joseph Quinlan, Appellant.— Motion to dismiss appeal granted.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Lena Munger or Schiller, Appellant.— Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Dominick Serobei, Plaintiff, v. Brooklyn Heights Railroad Company, Defendant.— Motion to dismiss appeal granted, with costs.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

William E. T. Smith and Others, Appellants, v. John J. Bartlett, Respondent.— Motions for leave to appeal to the Court of Appeals and to resettle order denied.  Present — Burr, Thomas, Carr and Rich, JJ.; Stapleton, J., taking no part.

James J. Sullivan, Plaintiff, v. David M. Ollendorf and Another, Defendants.— Motion denied, with ten dollars costs.  Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Peter H. Bush, Respondent, v. Croton Falls Construction Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Carr and Stapleton, JJ., concurred; Burr, J., dissented.

Katherine Connell, as Administratrix, etc., of Michael Connell, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Hirschberg, Thomas and Rich, JJ., concurred; Jenks, P. J., and Carr, J., dissented upon the ground that inasmuch as the case was submitted to the jury upon the question of constructive notice to the defendant, the evidence was not sufficient to establish that fact.

John D. Connolly, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Henry S. Cox, Respondent, v. Hewlett Bay Company and Atlantic, Gulf and Pacific Company, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, on authority of *Watts* v. *Hewlett Bay Co.* (152 App. Div. 493).  Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Alex Kocannck, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed.  No opinion.  Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.